## MEMORANDUM DECISIONS.

AMERICAN BRIDGE CO. v. PEDEN. (Circuit Court of Appeals, Seventh Circuit. November 3, 1903.) No. 985. In Error to the Circuit Court of the United States for the Northern District of Illinois. Nathan E. Utt, for plaintiff in error. Simon Kruse, for defendant in error. No opinion. Judgment affirmed. See 120 Fed. 523.

AMERICAN SALES BOOK CO. et al. v. CARTER–CRUME CO. et al. (Circuit Court of Appeals, Second Circuit. April 25, 1904.) No. 193. Appeal from the Circuit Court of the United States for the Western District of New York. M. B. Phillipp, for appellants. Charles H. Duell, for appellees. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges. Decree (125 Fed. 499) reversed in open court.